IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME E. CRUZ,

        Petitioner,                    No. CIV-S-07-0045 WBS KJM P

    vs.

ROBERT HORELS, et al.,

        Respondents.                 FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner stands convicted of mayhem and assault with a deadly weapon by a prisoner.

        Respondents have filed a motion asking that this matter be dismissed as plaintiff's direct appeal is still pending. A review of the docket of the California Court of Appeal for the Third Appellate District with respect to case number C051907 reveals that petitioner has filed a petition for review in the California Supreme Court concerning the convictions at issue in this action and no action has been taken with respect to the petition. Petitioner agrees that this matter should be dismissed until direct review is complete.

/////

/////

1

       Good cause appearing, the court will recommend that this action be dismissed without prejudice to petitioner filing another action under 28 U.S.C. § 2254 with respect to the convictions at issue in this action once direct review is complete.

       Accordingly, IT IS HEREBY RECOMMENDED that:

       1. Respondents' June 8, 2007 motion to dismiss be granted; and

       2. This action be dismissed without prejudice to petitioner filing another action under 28 U.S.C. § 2254 with respect to the convictions at issue in this action once direct review is complete.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 17, 2007.

       _____
       U.S. MAGISTRATE JUDGE

1
cruz0045.157