IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME E. CRUZ,

      Petitioner,                    No. CIV S-07-0045 WBS KJM P

      vs.

ROBERT HORELS, et al.,

      Respondents.             ORDER

                                /

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On December 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 17, 2007, are adopted in full;

2. Respondents' June 8, 2007 motion to dismiss is granted; and

3. This action is dismissed without prejudice to petitioner filing another action under 28 U.S.C. § 2254 with respect to the convictions at issue in this action once direct review is complete.

DATED: February 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/cruz0045.801

2